UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARHYAN MURRAY-WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>HIRE IMAGE LLC,<br><br>Defendant. | CASE NO. C25-0010JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiff Darhyan Murray-Williams's notice of settlement. (Notice (Dkt. # 10).) Mr. Murray-Williams represents that the parties have resolved their claims; "are in the process of finalizing the terms and performance attendant to that resolution[;]" and anticipate filing dismissal papers within the next 45 days. (*Id.* at 1.) The parties ask the court to vacate all pending deadlines. (*Id.*) The court GRANTS the parties' request and VACATES the deadlines set in the court's order regarding initial

MINUTE ORDER - 1

disclosures and joint status report (Dkt. # 8).  The parties are ORDERED to file either a stipulation of dismissal or a report regarding the status of their settlement by no later than **May 5, 2025**.

      Filed and entered this 24th day of March, 2025.

                RAVI SUBRAMANIAN
                Clerk of Court

                s/ Ashleigh Drecktrah
                Deputy Clerk

MINUTE ORDER - 2